EARNEST R. ECKLEY, Plaintiff, *v.* THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents, and F. A. OTTMAN & SON, INC., Appellant, Impleaded with Another.

Argued June 1, 1938; decided July 7, 1938.

*Monroe J. Cahn* for appellant.

*John J. Bennett, Jr., Attorney-General (Warren H. Gilman* of counsel), for the People of the State of New York, respondent.

*J. Henry Esser* and *Munn Brewer* for Village of Mamaroneck, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.